# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FOUAD N. DAGHER; BISHARAT
ENTERPRISES INC.; ALFRED
BUCZKOWSKI; ESEQUIEL DELAGADO;
MAHWASH FARZANEH; NASSER EL-
RADI; G.G.&R. PETROLEUM INC.;
H.J.F. INC.; KALECO CO.; CARLOS
MARQUEZ; SAMI MERHI, EDGARDO
R. PARUNGAO; RON ABEL SERV.
CENTER, INC.; GULLERMO RAMIREZ;
JERRY'S SHELL SERV. CENTER, INC.;
LEOPOLOO RAMIREZ; NAZAR
SHEIBAINI; SITARA MANAGEMENT
CORPORATION; TINSEL ENTERPRISES
INC.; QUANG TRUONG; STEVEN RAY
VEZERIAN; LOS FELIZ SHELL, INC.;
NASSIM HANNA,
            *Plaintiffs-Appellants,*

            v.

SAUDI REFINING INC., (SRI);
TEXACO INC.; SHELL OIL COMPANY,
            *Defendants-Appellees,*

            and

MOTIVA ENTERPRISES LLC; EQUILON
ENTERPRISES, LLC; EQUIVA
TRADING COMPANY; EQUIVA
SERVICES LLC,
            *Defendants.*

No. 02-56509

D.C. No.
CV-99-06114-GHK
Central District
of California,
Los Angeles

ORDER

17711

On Remand From The United States Supreme Court

Filed October 24, 2006

Before: Stephen Reinhardt, Ferdinand F. Fernandez, and Johnnie B. Rawlinson, Circuit Judges.

## **ORDER**

Pursuant to the Supreme Court judgment, we affirm the district court's grant of summary judgment to the defendants.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.